CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JAN 24 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| ELLEN DOTSON, | ) |
|    Plaintiff, | ) Civil Action No. 2:05cv00039 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| JO ANNE B. BARNHART, | ) |
| **Commissioner of Social Security,** | ) By: GLEN WILLIAMS |
|    Defendant. | ) SENIOR UNITED STATES DISTRICT JUDGE |

This case is before the court on cross motions for summary judgment. For the reasons detailed in the Memorandum Opinion accompanying this Order and entered this day, the Plaintiff's Motion for Summary Judgment is hereby **OVERRULED** and the Defendant's Motion for Summary Judgment is hereby **SUSTAINED**. Judgment is hereby entered in favor of the Defendant, and the Defendant's previous decision to deny DIB benefits will be **AFFIRMED**.

The Clerk is directed to enter this Order. The Clerk is directed to send copies of this Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed that this case is to be stricken from the docket.

**ENTERED:** This 24th day of January 2007.

/s/ Glen M. Williams
THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE